IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY STILES, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 1:08-CV-156 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Stanley Stiles, by and through his counsel, and Defendant, Hartford Life and Accident Insurance Company, by and through its undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear their own costs.

_____
D. Seth Holliday
One of the Attorneys for Plaintiff, Stanley Stiles

**OF COUNSEL:**
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506

/s/ William B. Wahlheim, Jr.
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendant Hartford Life and
Accident Insurance Company

**OF COUNSEL:**
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000